AO-10 (w)
Rev. 1/2000

# FINANCIAL DISCLOSURE REPORT
## Nomination Report

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. 4, Sec 101-112)

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McConnell, Michael W. | Court of Appeals, 10th Cir. | 05/14/2001 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
| U.S. Ct of Appeals Judge  (nominee) | X  Nomination, Date 05/09/2001 <br> ___ Initial  ___ Annual  ___ Final | 01/01/2000 to 05/00/2001 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Univ.of Utah College of Law <br> 332 South 1400 East Rm. 101 <br> Salt Lake City, UT 84112· | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS *(Reporting individual only; see pp. 9-13 of Instructions.)*

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| | ☐ NONE (No reportable positions.) | |
| 1 | Special Consultant (partner status) | Mayer, Brown & Platt, 190 S. LaSalle St., Chicago, IL 60603 |
| 2 | Professor | University of Utah College of Law |
| 3 | | |

## II. AGREEMENTS *(Reporting individual only; see pp.14-16 of Instructions.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | ☐ NONE (No reportable agreements.) | |
| 1 | 2001 | University of Utah College of Law: Have discussed possibility of part-time teaching. |
| 2 | 2001 | Harvard Law School: Have discussed possibility of part-time teaching. |
| 3 | | |

## III. NON-INVESTMENT INCOME *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| | DATE | SOURCE AND TYPE | GROSS INCOME *(yours, not spouse's)* |
|---|---|---|---|
| | ☐ NONE (No reportable non-investment income.) | | |
| 1 | 2000 | University of Utah, salary | 127472 |
| 2 | 2000 | Mayer, Brown & Platt compensation | 136975 |
| 3 | 2000 | Boy Scouts of America, fee for legal services | 51412 |
| 4 | 2000 | Liberty Fund, honorarium | 700 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)

|  | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | Exempt | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)

|  | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | NONE (No such reportable gifts.) | | |
| 1 | Exempt | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

(Includes those of spouse and dependent children. See pp. 33-35 of Instructions.)

|  | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | NONE (No reportable liabilities.) | | |
| 1 | None | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,000-$250,000    N=$250,001-$500,000
O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell, Michael W. | 05/14/2001 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | B. (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | C. (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | D. If not exempt from disclosure (2) Date: Month-Day | D. (3) Value Code (J-P) | D. (4) Gain Code (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 American Performance Cash Management (Retirement) | A | Interest | K | T | Exempt | | | | |
| 2 Dodge & Cox Stock (Mutual Fund) (Retirement) | A | Gain | M | T | | | | | |
| 3 Bankers Trust Inst. Equity 500 Index (Retirement) | A | Gain | J | T | | | | | |
| 4 Franklin Small Cap Growth Mutual Fund | E | Gain | M | T | | | | | |
| 5 Spartan Mkt. Index Fund | A | Dividend | J | T | | | | | |
| 6 Fidelity Worldwide (IRA) (Mutual Fund) | C | Dividend | K | T | | | | | |
| 7 Fidelity Emerging Markets Fund (IRA) | A | Dividend | J | T | | | | | |
| 8 Fidelity Blue Chip Growth Fund (IRA) | B | Dividend | J | T | | | | | |
| 9 Fidelity Magellan Fund (IRA) | D | Dividend | M | T | | | | | |
| 10 Fidelity Magellan Fund (IRA) | D | Dividend | M | T | | | | | |
| 11 Fidelity Low Priced Stock Fund (Sep IRA) | D | Dividend | L | T | | | | | |
| 12 Spartan 500 Index Fund (Sep IRA) | A | Dividend | J | T | | | | | |
| 13 Fidelity Cash Reserves (Sep IRA) | A | Interest | J | T | | | | | |
| 14 Spartan 500 Index Fund (UTMA) | A | Dividend | K | T | | | | | |
| 15 Spartan 500 Index Fund (UTMA) | A | Dividend | K | T | | | | | |
| 16 Spartan 500 Index Fund (UTMA) | A | Dividend | K | T | | | | | |
| 17 Fidelity Worldwide (Mutual Fund) | D | Dividend | K | T | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| | U=Book Value | V=Other | W=Estimated | | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 Spartan Total Mkt. Index Fund | A | Dividend | L | T | | | | | |
| 19 Spartan 500 Index | B | Dividend | N | T | | | | | |
| 20 Fidelity Magellan Fund | B | Dividend | L | T | | | | | |
| 21 Fidelity Municipal Money Mkt. Fund | B | Interest | K | T | | | | | |
| 22 Fidelity Retirement Reserve (Retirement Annuity Contract) | | None | L | T | | | | | |
| 23 Prudential Mutual Life Ins. Co. Policy | | None | K | T | | | | | |
| 24 TIAA | E | Interest | M | | | | | | |
| 25 CREF Equity Index | | Loss | M | T | | | | | |
| 26 CREF Global Equities | | Loss | K | T | | | | | |
| 27 Wells Fargo Bank checking account | A | Interest | J | T | | | | | |
| 28 | | | | | | | | | |
| 29 | | | | | | | | | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

## VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS.

(Indicate part of report.)

None

FINANCIAL DISCLOSURE REPORT

McConnell, Michael W.

05/14/2001

VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS.

(Indicate part of report.)

None

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____     Date __5/14/2001__

Note:     Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

## FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | cents | LIABILITIES | | | |
|---|---|---|---|---|---|---|
| Cash on hand and in banks | 5 0 0 | 0 0 | Notes payable to banks—secured | | | |
| U.S. Government securities—add schedule | | | Notes payable to banks—unsecured | | | |
| Listed securities—add schedule | 2,0 13 447 | 0 0 | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | Accounts and bills due | 3 0 0 0 | 0 0 |
| Due from relatives and friends | | | Unpaid income tax | | | |
| Due from others | | | Other unpaid tax and interest | | | |
| Doubtful | | | Real estate mortgages payable--add schedule | 325 213 | 0 0 |
| Real estate owned--add schedule | 440 0 0 0 | 0 0 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | Other debts--itemize: | | | |
| Autos and other personal property | 15 0 0 0 | 0 0 | | | | |
| Cash value—life insurance | 49 465 | 0 0 | | | | |
| Other assets—itemize: | | | | | | |
| family effects | 12 000 | 0 0 | | | | |
| | | | | | | |
| | | | Total liabilities | 328 213 | 0 0 |
| | | | Net Worth | 2,201 699 | 0 0 |
| Total Assets | 2,529 912 | 0 0 | Total liabilities and net worth | 2,529 912 | 0 0 |
| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | Are any assets pledged?  (Add schedule.) | No | No |
| On leases or contracts | | | Are you defendant in any suits or legal actions? | No | |
| Legal Claims | | | Have you ever taken bankruptcy? | No | |
| Provision for Federal Income Tax | | | | | | |
| Other special debt | | | | | | |